UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND NELSON,<br><br>            Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | NO. CV-04-0273-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** for resolution is the report and recommendation entered on December 13, 2005, recommending that this action be dismissed, without prejudice, for Plaintiff's failure to prosecute this action, failure to respond to the Court and failure to provide the Court with an address where he may be reached. (Ct. Rec. 7). Upon consideration of the report and recommendation, the Court adopts the magistrate judge's report and recommendation in its entirety.

## **BACKGROUND**

Plaintiff filed a complaint in this matter on August 2, 2004. (Ct. Rec. 1). Plaintiff is proceeding pro se and *in forma pauperis*. Over one year has passed since the filing of the complaint with no activity occurring in this case since September 20, 2004.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

On November 14, 2005, this Court ordered Plaintiff, no later than December 9, 2005, to show cause, in writing, why Plaintiff has failed to prosecute this action. (Ct. Rec. 5). The Court also ordered Plaintiff to advise the Court of his current address and a phone number where he may be reached. (Ct. Rec. 5) The Order to Show Cause warned Plaintiff that a failure to comply with the order could result in sanctions, including dismissal of the case, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; *Chambers v. NASCO, Inc.*, 501 U.S. 32,42-44 (1991). (Ct. Rec. 5).

The Order to Show Cause was returned as undeliverable as to Plaintiff on November 29, 2005 (Ct. Rec. 6), assuredly due to Plaintiff's failure to provide the Court with an address where he may be reached. Plaintiff has failed to contact this court or otherwise take action in this matter since September 14, 2004.

On December 13, 2005, the magistrate judge filed a report and recommendation, recommending dismissal, which contained notice that any objections to the report and recommendation were to be filed within ten (10) days of the date of service thereof. (Ct. Rec. 7). Plaintiff failed to file any timely objections.

### **CONCLUSION AND ORDER**

Having reviewed the report and recommendation and there being no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation, filed on December 13, 2005 (**Ct. Rec. 7**) recommending that this action be dismissed, without prejudice, is **ADOPTED** in full. This action is

ORDER ADOPTING REPORT AND RECOMMENDATION - 2

**DISMISSED**, without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to Plaintiff and close the file.

**DATED** this  4th  day of January, 2006.

                          s/Fred Van Sickle
                          Fred Van Sickle
                          United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 3